JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE KNOX, | No. CV 10-9243 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DUSTIN BLOXHAM, UNITED STATES OF AMERICA and DOES 1 THROUGH 10, | |
| Defendants. | |

In accordance with the Court's order granting defendants Dustin Bloxham's and the United States of America's ("Defendants") motions for partial summary judgment filed and entered on April 26, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants shall have judgment entered in their favor against plaintiff Bennie Knox ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff takes nothing and that Defendants shall recover their costs of suit.

DATED: April 26, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE